# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 15, 2022

Lyle W. Cayce
Clerk

No. 22-30498

Victoria Ann Tarlton,

*Plaintiff*,

*versus*

D G Louisiana, L.L.C., doing business as Dollar General,

*Defendant—Appellee*,

*versus*

One Spine Institute; Medfund, L.L.C.,

*Movants—Appellants*.

Appeal from the United States District Court
for the Western District of Louisiana

Before Higginbotham, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-30498

Before us is One Spine Institute and Medfund, L.L.C.'s emergency motion for administrative stay. We enter an administrative stay to allow sufficient time to rule.